Eastern District of Kentucky
**FILED**

SEP 25 2025

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## SOUTHERN DIVISION
## LONDON

UNITED STATES OF AMERICA

V.

INDICTMENT NO. 6:25-CR-82-REW

21 U.S.C. § 841(a)(1)

**CANDACE N. BELL and**
**JONATHANN W. SMITH**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

On or about November 26, 2024, in Clay County, in the Eastern District of Kentucky,

**CANDACE N. BELL and**
**JONATHANN W. SMITH**

aided and abetted by each other, did knowingly and intentionally distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 18 U.S.C. § 2 and 21 U.S.C. § 841(a)(1).

A TRUE BILL

FOREPERSON

PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY

## PENALTIES

Not less than 5 years and not more than 40 years imprisonment, not more than a $5,000,000 fine, and at least 4 years of supervised release.

**PLUS:** Mandatory special assessment of $100.

**PLUS:** Restitution, if applicable.